**Order entered July 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00044-CR

**MARCUS TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-52032-T**

## ORDER

The Court **REINSTATES** the appeal.

On June 27, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. On July 12, 2013, we received appellant's motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Therefore, findings are no longer necessary and we **VACATE** the June 27, 2013 order. We will dispose of the motion to dismiss in due course.


/s/　　LANA MYERS
　　　　JUSTICE